NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERIC J. KATZ,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2022-1473

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-20-0079-W-2.

---

## JUDGMENT

---

KEVIN EDWARD BYRNES, Fluet, Tysons, VA, argued for petitioner. Also represented by GRACE H. WILLIAMS; RACHEL LEAHEY, FH+H, PLLC, Tysons, VA.

ELIZABETH ANNE SPECK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 6, 2024
Date

Jarrett B. Perlow
Clerk of Court